# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRA JOINER**<br>**O/B/O R.J.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 14-1315** |
| **CAROLYN W. COLVIN, ACTING**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | **SECTION: "E"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's case is remanded to the Commissioner for further proceedings consistent with the Court's opinion.

**New Orleans, Louisiana, this 12th day of August, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**